Certificate Number: 03605-PR-DE-017540845

Bankruptcy Case Number: 09-01077


03605-PR-DE-017540845

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 6, 2012</u>, at <u>10:19</u> o'clock <u>AM AST</u>, <u>OSVALDO FIGUEROA SANTANA</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>March 6, 2012</u>     By: <u>/s/Mireya Velez</u>

Name: <u>Mireya Velez</u>

Title: <u>Branch Manager</u>

Certificate Number: 03605-PR-DE-017540861

Bankruptcy Case Number: 09-01077


03605-PR-DE-017540861

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2012, at 10:22 o'clock AM AST, ANA D. MARTIN MARTINEZ completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date:  March 6, 2012                By:    /s/Mireya Velez

                                    Name:  Mireya Velez

                                    Title: Branch Manager